**FILED**
CLERK, U.S. DISTRICT COURT

May 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DG\_\_\_\_ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK LLC, ECHOSTAR TECHNOLOGIES LLC, and NAGRASTAR LLC, <br><br>  Plaintiffs, <br><br> vs. <br><br> JOSÈ HERNANDEZ, an individual, <br><br>  Defendant. | CASE NO. CV 14-08586 MMM (JPRx) <br><br> JUDGMENT FOR PLAINTIFFS |

On May 26, 2015, the court entered an order granting plaintiffs DISH Network LLC, Echostar Technologies LLC, and Nagrastar LLC's motion for entry of default judgment against defendant Jose Hernandez. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs recover $10,000 in statutory damages under the Electronic Communications Privacy Act from Hernandez;

2. That plaintiffs recover $1,300 in attorneys' fees from Hernandez;

3. That Hernandez is enjoined from circumventing or assisting others in circumventing

1 | plaintiffs' security system, and intercepting or assisting others in intercepting
2 | plaintiffs' satellite signal. It will further enjoin him from testing, analyzing, reverse
3 | engineering, manipulating, or otherwise extracting codes, data, or information from
4 | DISH Network LLC's equipment and technology; and

5 | 4. That the action be, and is hereby, dismissed.

7 | DATED: May 26, 2015

*/s/ Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2